RECEIVED
DEC 0 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
DEC 0 2 2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MACIEJ GORAJ**

(Name of the plaintiff or plaintiffs)

**LOYOLA UNIVERSITY CHICAGO
CENTER FOR HEALTH & FITNESS
THOMAS RHIND - MANAGER**

(Name of the defendant or defendants)

# 03C 8704

CIVIL ACTION
JUDGE GOTTSCHALL

NO. _____
(Case number will be supplied by the assignment clerk)

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **MACIEJ GORAJ** _____ of
   the county of **COOK** in the state of **ILLINOIS** .

3. The defendant is **LOYOLA UNIVERSITY CHICAGO CENTER FOR HEALTH & FITNESS (THOMAS RHIND)** , who

   resides at (street address) **2160 SOUTH FIRST AVE** _____

   (city) **MAYWOOD** (county) **COOK** (state) **ILLINOIS** (ZIP) **60153**

   (Defendant's telephone number) **(708) – 327 – 2348** _____

1-1

4) The plaintiff sought employment or was employed by the defendant at

(street address) 2160 SOUTH FIRST AVE

(city) MAYWOOD (county) COOK (state) ILLINOIS (ZIP code) 60153

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) 1 , (day) 24 , (year) 2003 .

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant
☒ *has*
asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about
(month) 10 (day) 30 (year) 2003 .

(ii) ☒ the Illinois Department of Human Rights on or about
(month) 10 (day) 30 (year) 2003 .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department
of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason
to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a
*Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice
of Right to Sue*, which was received by the plaintiff on (month) 11

(day) _05_ (year) _2003_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☒ YES ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); over 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; over the A.D.E.A. by 42 U.S.C. §12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ other (specify): _____

_____

_____

_____

_____

_____

_____

**13. The facts supporting the plaintiff's claim of discrimination are as follows:**

I WAS TREATED BY MANAGMENT FITNESS CLUB AS A WORSE MEMBER (BLUE COLLAR).
ON JAN 14,03 MANAGER THOMAS RHIND PRESS POLICE TO ARREST ME (DOC 4),
SO THE SAME DAY THEY CANCEL MY MEMBERSHIP (DOC 2) AND SODEXHO FIRED
ME ON PRETEXT FROM MY JOB (DOC 3), EVEN BEFORE THE COURT DATE ON
FEBRUARY 25,03. I WAS ILLEGALLY ARRESTED. MY CASE IN THE COURT WAS
DISMISSED, DENIED (DOC 4) UNION LOCAL 1 DIDN'T GO THROUGH ARBITRATION
(DOC 5) I AM NOT GUILTY, BUT I LOST MY JOB, HONOR, CARRIERA AND HEALTH,
I AM DIABETIC.   I ATTACHED DOCUMENTS 1-5 WITH EXPLAINATION,
                   PLUS DOC 6-EEOC AND DOC 7-IDHR
• SODEXHO ADDRESS: 2160 S. FIRSTAVE. MAYWOOD IL 60513 -TEL:708-2163730
• UNION ADDRESS: 111 E.WACKER SUITE 2500 CHICAGO, L 60601 TEL:312-240-1600

**14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully**

   **discriminated against the plaintiff.**

**15. The plaintiff demands that the case be tried by a jury.** ☐ YES ☐ NO

**16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check**
   **all that apply]**

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☒   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒   Direct the defendant to (specify): Yeirly salory $30,000, Health Insurene
$4800, Bankreecy $3,000 Unemployment $12,000, PLUS
MY COMPENSATORY OF CHANGES CHARACTER, MY
HEALTH, MY CARRIERA = I AM 30 YEARS EXPERIENCED
ACTOR (IN POLAND & USA) $600,000 + 99,800 = $699,800.00

Cost of Attorney at trial + review of board 2010.00 8/10 + 1780

– Laurie Wasserman $100.00
– Peter Andjelkovic $150.00.
– Peter Frances Jarosie $1495 + 200 = 1695

= $3727.00

Relief # 699800.00

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Maciej Goraj_

(Plaintiff's name) __MACIEJ GORAJ__

(Plaintiff's street address) __5136 W. AGATITE__

(City) __CHICAGO__ (State) __IL.__ (ZIP) __60630__

(Plaintiff's telephone number) __(773)__ - __685-5825__

**DOC 1**

_(Court Branch # or District #)_  _(Court Date/Time)_  14 FEB 03  CCSPD  _(Arresting Agency #)_

130 PM 80 HES

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655 & CCMC-0225)  (5/22/97) CCCR-0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

}

Plaintiff

v.

GORAJ, MA____J

Defendant.

NO. 035000832

RHIND, THOMAS A. _____ complainant, now appears before
_(Complainant's Name Printed or Typed)_

The Circuit Court of Cook County and states the following:

That: RHIND, THOMAS A. of 5136 W. AGATITE has, on or about
_(defendant)_ _(address)_

24 JAN 03 at the location of 2160 1ST AVE MAYWOOD, IL
_(date)_ _(place of offense)_

committed the offense(s) of THEFT PROPERTY UNDER $300

in that he/she KNOWINGLY OBTAINED UNAUTHORIZED CONTROL OVER
PROPERTY OF $20 USC, INTENDING TO DEPRIVE OWNER
OF ACCOUNT (PARTIAL xxx6556) PERMANENTLY OF THE
PROPERTY

in violation of 720 Illinois Complied Statutes 5 16-1-A-1
_(Chapter)_ _(Act)_ _(Sub Section)_

**AOIC Code**

| 1 | 0 | 1 | 4 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|

_(Complainant's Signature)_ MUNDELEIN

821 SALCEDA DRIVE
_(Complainant's Address)_

847 949 6218
_(Complainant's Telephone)_

THOMAS RHIND
_(Complainant's Name Printed or Typed)_

STATE OF ILLINOIS
COOK COUNTY } ss:

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

_(Complainant's Signature)_

Subscribed and sworn to before me on this 24TH day of JAN 2003

D BROWN
AC#26  _(Judge or Clerk)_

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED,** Judge _____
or
_____ Judge's No.

**WARRANT ISSUED,** Bail set at: _____
or

**BAIL SET AT:** _____ Judge _____
Judge's No.

CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# OFFENSE/INCIDENT REPORT
## COOK COUNTY SHERIFF'S POLICE DEPARTMENT

**1. Case Report Number** 0300 9911

| 2. Offense/Incident THEFT | 3. Classification PROPERTY UNDER 300 | 4. UCR Code 0820 | 5. Location Code 15-09 | 6. Beat of Occurrence 41 |
|---|---|---|---|---|

| 7. Address/Location of Occurrence MAYWOOD (Township) 2160 1st AVE BDG 13 "60153 PROVISO | 8. Type of Place of Occurrence FITNESS CENTER | 9. Date of Occurrence 24 JAN 03 | 10. Time of Occurrence 1136 | 11. Unit Assigned 5242 |
|---|---|---|---|---|

| 12. Victim Name (Last, First, Middle) (Firm or Business Name) UNKNOWN | 13. Sex | 14. Race | 15. Date of Birth | 16. Home Phone | 17. Business Phone | 18. Pager or Cell Phone |
|---|---|---|---|---|---|---|

| 19. Victim Address | 20. Address of Employment | 21. Sobriety of Victim HBD ☐ Yes ☐ No |
|---|---|---|

| 22. Victim Injured ☐ Yes ☐ No | 23. Treated At: | 24. Treated By: ☐ Released | 25. Medical Examiner Notified ☐ DNA | Time Notified | 26. ☐ UNFOUNDED |
|---|---|---|---|---|---|

| 27. Person(s) Involved: | V - Victim | W - Witness | G - Guardian | MP - Missing Person | C - Complainant | PN - Person Notified |
|---|---|---|---|---|---|---|
| Identifier Codes: | S - Suspect | J - Juvenile | SP - Spouse | MJ - Missing Juvenile | P - Parent | O - Other (Specify) |

| Code | Name (Last / First / Middle) | Sex | Race | Date of Birth | Address | Phone Numbers (Include A/C) |
|---|---|---|---|---|---|---|
| W | RHIND, THOMAS A | M | W | 24 MAR 60 | 2160 1st AVE MAYWOOD 60153 | Home: TEL 847 720 9472 Business or Pager: 708 527 5525 |
| S | GORAJ, MACIEJ | M | W | 11 MAR 50 | 5136 N. AGATITE CHICAGO 60630 | Home: 773 685 5825 Business or Pager: Cell # 773 704 2636 |
| O | BATTISTO G | M | W | UNK | 2160 1st AVE MAYWOOD 60153 | Home: DNA Business or Pager: 708 527 5525 |

| 28. Suspect or Missing Person Description | | | | Hair | | | Complexion | Nickname or Alias/Clothing/Distinguishing Marks, Tatoos, Piercings/Place Employed/Other Phone Number/Associates/Places Known to Frequent, or Other Pertinent Information |
|---|---|---|---|---|---|---|---|---|
| Code | Age | Wt | Ht | Build | Color | Style | Eyes | |
| S | 52 | 601 | 220 | SLM | BRN | SHT BRN | ACNE | BLUE SHIRT, DARK BLUE PANTS |

| 29. Vehicle Information | | | | | | | Message Number: | ☐ ISPERN ☐ Type 3 |
|---|---|---|---|---|---|---|---|---|
| Code | Color | Year | Make | Model | Body Style | License No. | State | Year | Vehicle Identification Number (V.I.N.) | Towed | Hold |
| | D.N.A | | | | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Code | Distinguishing Damage/Characteristics | | Insured By: | | Code | Distinguishing Damage/Characteristics | | |

CRMS

| 30. Weapon(s) ☐ Used ☐ Displayed ☐ Club or Bludgeon Instrument ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Knife/Other Cutting Instrument | 31. Other Means of Attack (or Possible Used) D.N.A. |
|---|---|

| 32. Property Taken by Offender ☐ Yes ☐ No (Describe in Narrative) | 33. Property Recovered ☐ Yes ☐ No (Describe in Narrative) Inventory Number(s) 0174-03 | 34. Evidence Taken By R/O ☐ Yes ☐ No ☐ Hold for Seizure Action Inventory Numbers 0174-03 |
|---|---|---|

| 35. Arrestee(s) | Name | Sex | Race | DOB | Charges (Section) | (Description) | AB Number |
|---|---|---|---|---|---|---|---|
| | GORAJ, MACIEJ | M | W | 11 MAR 50 | 720 5/16-1A-1 | THEFT UNDER 300 | 334625 |

**36. Narrative**

IN SUMMARY, AND NOT VERBATIM, R/o SPOKE WITH SECURITY OFFICER BATTISTO G AND MANAGER RHIND, THOMAS A, CONCERNING A THEFT. RHIND INFORMED R/O THAT HE HEARD A BEEPING SOUND COME FROM THE ATM MACHINE LOCATED NEAR THE

**Continued on Reverse**

Case Report Number 0300 9911

| 37. Name/Star No. of Investigator Notified DET. COX | Time Notified 1820 Hrs. | 38. Name/Star No. of Investigator on Scene DNA | Time Arrived Hrs | 39. Name/Star No. Of Supervisor on Scene DNA | Time Arrived Hrs |
|---|---|---|---|---|---|

| 40. Reporting Officer Name/Star No. (Print) CAMER 128 | 41. Assigned By: ☐ CC ☐ On View ☐ Supv. ☐ Citizen | 42. Date and Time Assigned 24 JAN 03 1258 hrs. | 43. Date and Time Report Approved 25 JAN 03 0610 |  |
|---|---|---|---|---|

| 44. Reporting Officer's Signature | 45. Date and Time Arrived | 46. Date and Time Report Completed | 47. Supervisor Approving (Signature/Star No.) |
|---|---|---|---|

Narrative Cont.

CR# 0300 9911

FRONT DESK. RHIND INFORMED R/O THAT HE SEEN A MALE WHITE NOW KNOWN AS GORAJ, MACIEJ WALK UP TO THE ATM MACHINE, PRESS THE BUTTONS, AND TAKE MONEY FROM THE MACHINE. RHIND STATED THAT GORAJ ENTERED THE LOCKER ROOM. RHIND WENT TO THE ATM MACHINE AND RETRIEVED THE ATM BANK RECEIPT INV# 0174-03 (A). RHIND WENT INTO THE LOCKER ROOM TO FIND GORAJ WITH NO LUCK. AT APPROX 1225HRS RHIND ALONG WITO S.O. BATTISTO #6 LOCATED AND CONFRONTED GORAJ CONCERNIN THE ATM INCIDENT. RHIND INFORMED R/O THAT GORAJ DENIED THE INCIDENT AT FIRST, BUT ADMITTED TO TAKING THE MONEY AFTER RHIND TOLD GORAJ HE WITNESSED THE INCIDENT. GORAJ TOLD RHIND THAT HE WOULD LIKE TO GIVE BACK THE MONEY AND FORGET THAT IT EVER HAPPENED, ACCORDIN TO RHIND. R/O SPOKE WITH GORAJ AT 1355HRS AND READ THE MIRANDA ORAL WARNINGS TO HIM. GORAJ INFORMED R/O THAT HE IS WILLING TO TALK WITHOUT A LAWYER; WITNESSED BY S.O. BATTISTO#6. GORAJ TOLD R/O "I HEARD THE ATM BEEPING, SO I WENT OVER AND PRESSED FEE ACCEPT. I TOOK THE $20.15. (INV# 534625 (1B) AFTER I THOUGH ABOUT IT AWHILE I WANTED TO TURN IT IN." R/O BROUGHT GORAJ TO MAYWOOD FOR PROCESSING. INV. DET. COX NOTIFIED OF INCIDENT. DET COX STATED HE WILL TRY TO FIND OUT WHO THE ACCOUNT BELONGS TO. BANK ONE RECEIPT 3|24|03, 11:36 AM, BD5290, XXXX6556, 2160 S. FIRST AVE MAYWOOD SEQ# 2330, SEQ# 2331. RHIND SIGNED COMPLAINTS. NOTHING FURTHER

*CR# 300 9911*

*INV# 0174-03*

*P.O. CAMEX #128*

(1A)



```
012403  1136AM  BD5290
XXXXXXXXXXX6556

2160 S FIRST AVE
MAYWOOD        IL
               SEQ#2330
WITHDRAWAL     $62.00
FROM CHECKING
BALANCE        $300.45

BANK ONE
TERM OWNER FEE  $2.00
DISPENSED      $60.00
               SEQ#2331
WITHDRAWAL     $22.00
FROM CHECKING 101
BALANCE        $278.45

BANK ONE
TERM OWNER FEE  $2.00
DISPENSED      $20.00
```

(1B)  *$ 20 USC*

*SERIAL# AB 80046398 I*
*B2*

**WWW.BANKONE.COM**

**DOC 2**



Chicago's Jesuit University

**LOYOLA
UNIVERSITY
CHICAGO**

2160 South First Avenue
Bldg. 130
Maywood, Illinois 60153
Telephone: (708) 327-2348

Center for Health & Fitness

January 27, 2003

Maciej Goraj
5136 W. Agatite
Chicago, IL 60630

Mr. Goraj:

**This letter is to inform you that your membership privileges at the Loyola
University Chicago Center for Health & Fitness are revoked effective immediately.**

This action is based on the seriousness of your behavior in the center the morning of
Friday, January 24, 2003. The Cook County Sheriff's Department and Loyola University
Medical Center campus security is fully aware of this incident and your revocation. Theft
will not be tolerated by the Center for Health & Fitness or the Loyola University Health
System. As a result, you are no longer welcome in the Center for Health & Fitness.
Be assured that you will receive no further billing from the Center for Health & Fitness.

Sincerely,

Catherine M. Zelinski
Executive Director

Cc:     Member File
        Loyola Security, Maureen Froncek



Chicago's Jesuit University

**LOYOLA
UNIVERSITY
CHICAGO**

2160 South First Avenue
Bldg. 130
Maywood, Illinois 60153
Telephone: (708) 327-2348

Center for Health & Fitness

May 16, 2003

Mrs. Hanna Goraj-Umiastowska
P.O. Box 30039
Chicago, IL 60630

RE:    Maciej Goraj

Mrs. Goraj-Umiastowska:

Per your request, this letter reiterates the fact stated in the attached letter sent January 27, 2003, that Maciej Goraj is no longer eligible to be a member of the Loyola University Chicago Center for Health & Fitness. His privileges were revoked immediately and permanently after witnesses saw him withdraw and conceal money from a cash station machine located at the Center for Health & Fitness entrance. He did admit to the authorities that the money was withdrawn from an account of an unknown party, and not his own.

Additionally, I have attached a copy of the signed membership agreement. Please refer to the highlighted section in paragraph 6, stating, " LUCHF reserves the right at any time to terminate immediately the membership of any member for failure to comply with this Contract, the Rules and Regulations adopted by LUCHF, or conduct which is detrimental to LUCHF, or to the health and safety of the staff or other members or guests. In paragraph 11, the agreement states, "On all questions regarding the interpretation of LUCHF's Terms and Conditions or Rules and Regulations, the decision of LUCHF's decision will be final.

In closing Hanna, I did state to you that membership at the Center for Health & Fitness, or any health club for that matter, is a privilege. Regrettably, Maciej was seen performing a dishonest act in the Center. For the safety of other member's belongings and items in the Center, I have made the decision to refuse Maciej membership privileges.

Sincerely,

Catherine M. Zelinski
Executive Director

Cc:    Member File

LOYOLA UNIVERSITY CHICAGO
CENTER FOR HEALTH & FITNESS
2160 SOUTH 1ST AVENUE BLDG 130
MAYWOOD, IL 60153-0340
(708) 327-2348 PHONE
(708) 327-3513 FAX

## FACSIMILE TRANSMITTAL SHEET

| To: Jim Whitehead | From: Cathy Zelinski |
|---|---|
| **FAX NUMBER:** x60479 | **Date:** 1-8-01 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **Re:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Jim W -
What are your thoughts? I am
inclined to say no because of
the nature of what is being
promoted. I will be in the office
all day, give me a call if you
have a chance.

CMZ

To: Loyola University Center for Health and Fitness

Cathy Zelinski, Director

December 15, 2000


I would like to reserve the Wellness Room at the Fitness Center on Jan. 19, 2001, from 2-5pm.

The room will be used to show and display natural, nutritional products and services for health and success-conscious individuals everywhere. Interested individuals can come in for a few minutes and learn about these products through literature and video, as well as our explanation.

Nutrition for Life International, the company I work with, promotes healthy and successful lifestyles. Since 1984, NFLI is committed to making a difference in peoples' lives by offering a complete line of nutritional products and a business opportunity. All of our products are specially formulated and laboratory-tested using the finest ingredients possible and they are sold by thousands of independent distributors all over the world.

If this proves to be beneficial, I would likely want to do this about every other month.


Thank You


Maciej Goraj



# Center for
# Health and Fitness

Loyola
University
Chicago

*HAND Book + Passe*
*ID*

3388

# Membership Contrac

1) **PARTIES**—This Membership Contract (the "Contract") is made this *25* day of *Sept* 199 *98* between The Center for Health & Fitness of Loyola Univers Chicago ("LUCHF"), and *X MACIEJ GORAJ* , as the Member ("Member"). The Member is hereinafter sometimes refer collectively as "you" or "your."

2) **MEMBER INFORMATION**

Last Name *GORAJ*     First Name *MACIEJ*     Middle Initial

Home Address *5136 W. AGATITE*   City *CHICAGO*   State *IL* Zip *606*

Home Phone *(773) 685 58 25*   Your Birthdate *03.11.50*

Business Name *SERVICEMASTER*   Dept. *HOUSKEEPING* Bus. Phone *(708) 21 637 30*   Ext.

Business Address *2160 S. FIRST AVE*   *MAYWOOD IL.*

How did you hear about us?     In Emergency, please contact     Phone ( )

If employee, social security number

3. **DESCRIPTION OF MEMBERSHIP**—You have purchased the type of membership indicated below:

[ ] Employee   [ ] Individual   [ ] Couple   [ ] Dependent (18 & older)   [ ] Senior (62 & over)   [ ] Alumni   [X] Other *Service Master*

*Applications for couple & dependent memberships will only be accepted for individuals residing at the same address.*

If Spouse or Dependents are Members, list names and their birthdates:

4. **MEMBERSHIP TERM AND COST**—Your membership starts today. The Membership Fee consists of the Enrollment Fee of $ *75⁰⁰* and Monthly Du $ *42⁰⁰* per month. Except as expressly provided in this Contract or otherwise required by law, the Enrollment Fee and Monthly Dues are not refundable. You shall p Enrollment Fee to LUCHF on the day you sign this Contract and you shall pay the Monthly Dues as set forth in Paragraph 5 of this Contract. Monthly Dues shall continue reg of use until Member notifies LUCHF in writing providing 30 days notice that Member wishes to cancel this membership. Such notice shall be accompanied by an LUCHF Cance Form and return of Member's membership card and any other evidence of membership provided to Member and must be returned to Loyola University Center for Health & F 2160 S. First Avenue, Maywood, IL 60153. Provided Member is in good standing (i.e. in compliance with the terms and conditions of this Contract) and the Enrollment Fee i in full, Member may within thirty (30) days of the date of this Contract, or on the yearly anniversary date of this Contract, pay in advance for a full year of Monthly Dues. If or son of a couple membership terminates membership, the remaining member will pay regular individual dues.

5. **AUTOMATIC PAYMENT PLAN** for monthly dues—You hereby authorize LUCHF, to undertake the following credit card charges, withdrawals by Electronic Funds Transfe or payroll deduction (check desired boxes) for the payment of Monthly Dues:

Charge credit card:   [ ] Mastercard   [ ] Visa   [ ] Discover   Account No. *4423 2700 0010 4042*   Exp. Date *09/0C*

Signature

**OR**

Withdraw from bank account:   [ ] Checking   [ ] Savings   Bank Name & Acct. No.

**OR**     PLEASE ATTACH VOIDED CHECK OR DEPOSIT SLIP AS APPLICABLE

[ ] Payroll Deduction

A. [ ] **MONTHLY PAYMENT PLAN.** You elect to pay $ *42⁰⁰* per month beginning *Sept 25* 19 *98* LUCHF is authorized to increase charges/withdrawals f Monthly Dues in accordance with this Membership Contract.

B. [ ] **ANNUAL PAYMENT IN FULL.** You elect to pay for 12 months in advance the amount of $ . Any increase in Monthly Dues will not be reflected until th of the 12-month period.

This Authorization will remain in effect throughout the initial term of your membership and any renewal terms unless and until you give proper written notice of termina LUCHF at least 30 days before your next payment is to be made. If you provide LUCHF with a proper written notice of termination, and LUCHF does not do so, LUCHF will i liable to return any amounts transferred after the 30 day termination notice was provided.

Name of authorizing Member (Please Print) *X MACIEJ GORAJ* Date *09.25.98*

Signature of Authorizing Member X
(As authorizing member, I hereby agree to assume financial responsibility for this Contract and all additional members named on this Contract.)

6. **WAIVER AND RELEASE**—You acknowledge that your attendance at or use of LUCHF, including without limitation your participation in any of LUCHF's programs or activities and your use of LUCHF's equipment and facilities, and transportation provided by LUCHF, could cause injury to you. In consideration of your membership in LUCHF, you hereby

| OFFICE USE ONLY | Routing & Transit Number | | | | |
|---|---|---|---|---|---|
| | | | | | |

Account Number to Debit

DOC 3



# Sodexho
## HEALTH CARE SERVICES

Maciej Goraj
5136 W. Agatite
Chicago, Illinois 60630


February 27, 2003


Dear Mr. Goraj,

This is to inform you that you are being terminated effective immediately. You are being terminated for the following reasons:

Theft

Benefit time was paid on pay period ending February 15, 2003. Your pay consists of 24 hours of sick time and 70 hours of vacation time. This check is included in your certified notice.

Respectfully,

Amy Marshall
Housekeeping Human Resource Manager

afm


Sodexho Health Care Services • Loyola University Health System, 2160 S. 1st Avenue, Maywood, IL 60513
Telephone: 708-216-3730   Fax: 708-216-5441

Member of Sodexho Alliance

DOC 4

STATE OF ILLINOIS  )
                      ) SS:
COUNTY OF C O O K ).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-MUNICIPAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE | ) |
| OF ILLINOIS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   VS. | ) No. 03 MC 5 00832 |
| | ) |
| MACIEJ GORAJ | ) |
| | ) |
|       Defendant. | ) |

REPORT OF PROCEEDINGS had at the hearing

of the above-entitled cause, before the Honorable WILLIAM J. AUKSTIK  Judge of

said court, on the 25TH day of March, A.D., 2003.

PRESENT:

        HON. RICHARD DEVINE,
        STATE'S ATTORNEY OF COOK COUNTY, BY:
        MS. AYESHA KHAN,
        Assistant State's Attorney,
         appeared on behalf of the Plaintiff;

        MR. STEVEN KASEKI,
        appeared on behalf of the Defendant.

Doris White Delaney
Official Court Reporter
16501 Kedzie Parkway
Markham, IL 60426
License Number 084-001087

1    THE CLERK:  Goraj.

2    THE DEFENDANT:  I wait until my lawyer –

3    THE COURT:  Have a seat.

4         Ayesha, look at this file.  This is set for some kind of a trial for taking

5    twenty dollars from somebody.

6         (Whereupon the case was passed, after which the

7         following proceedings were had:)

8    THE CLERK:  Goraj.

9    MR. KASEKI:  Good morning, Steven Ka-se-ki (phonetic) appearing on

10   behalf of Mr. Goraj.

11   MS. KAHN:  This was a 1:30 case.  It is now 2:33; the complaining witness is

12   not here.

13        It will be motion State, SOL.

14   THE COURT:  We will note a demand.

15   MR. KASEKI:  Thank you.

16                    -  -  -  -

17

18

19

20

21

22

23

24

2

1   STATE OF ILLINOIS  )

2   COUNTY OF C O O K )

3

4

5               I, DORIS WHITE DELANEY, Official Shorthand

6  Reporter of the Circuit Court of Cook County, County Department-

7  Municipal Division, do hereby certify that I reported in shorthand

8  the evidence had in the above-entitled cause and that the foregoing

9  is a true and correct transcript of all the evidence heard.

10

11

12          _____

      Official Shorthand Reporter

14  Circuit Court of Cook County

15  County Department-Municipal Division

16  License #084-001087

3

DOC 5



# Fax Transmission

**Local 1**
**Service Employees International Union**
**111 East Wacker, Suite 2500**
**Chicago, Illinois 60601**

**Tom Balanoff**
**President**

**DATE:** Feb - 11 - 2003

**TO:** Amy Marshall

**FROM:** Charles Jones

**FAX #:** (708) 216 - 5441

**No. of PAGES (including Cover Sheet):** 2

**COMMENTS:**

Please set up 1st step Grievance
A S A P

**If you do not receive all of the pages or if the pages are illegible, please call us as soon as possible:**

**Phone: (312) 240-1600       Fax: (312) 233-8834**

message is intended only for the use of the individual or entity to which it is addressed and may contain information that is riviledged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended ient, or the person responsible for delivery of same to recipient, you are hereby notified that any dissemination or copying is prohibited and if it is received in error - destroy all originals and/or copies immediately.

# S.E.I.U. LOCAL 1
## UNION MEMBER'S COMPLAINT BLANK

Date _Feb. 11, 2003_

_Maciej Goraj_     _5136 W. Agatite_     _(773) 685-5825_
Member's Name         Home Address          Telephone

_oyola Med. Center_               _1992_
Building Address Where Employed          Seniority

_Sodexho_                    _(708) 216-3730_
Owner or Operator            Telephone

**ember's Statement**

_On or about Jan 29, 2003 Mr. Goraj was suspended for allegedly taking money from a ATM machine at oyola Med Center. Mr. Goraj denies this charge Sodexho has violated Article III Section 1 f the contract._

_Local 1 demand that Mr. Goraj be returned to ork with all back pay and benifits due him._

_Local 1 SEIU_

_Member's Signature_

**on Representative's Statement**



**LOCAL 1**

**SEIU**

**Stronger Together**

THOMAS BALANOFF
*President*

CHRIS ANDERSEN
*Secretary-Treasurer*

VICE PRESIDENTS
MARIA GRACIELA BARRERA
RODERICK S. BASHIR
AIRRINE M. CASTLE
NANCY E. CROSS
PETER J. HANRAHAN
DAN IVERSON
KAZIMIERZ LUPA
VINCE PESHA

PATRICIA ARROYO
*Recording Secretary*

SERVICE EMPLOYEES
INTERNATIONAL UNION
AFL-CIO, CLC

111 East Wacker Drive
Suite 2500
Chicago, IL 60601
312.240.1600
Fax: 312.233.8849

www.seiu1.org

*VIA CERTIFIED*

July 30, 2003

Mr. Maciej Goraj
5136 W. Agatite
Chicago, IL 60630

**Re:    *Grievance Dated February 11, 2003***

Dear Mr. Goraj:

Please be advised that the above-mentioned grievance has been processed. The Union has reviewed the information presented at your grievance meeting on July 16, 2003, and have determined that the matter cannot be successfully pursued through arbitration.

Therefore, the Union considers this matter closed.

If you have any questions regarding this mater please feel free to contact Charles Jones, your Union Representative at (312) 233-8782.

Sincerely,

Richard Owsiany
Servicing Coordinator

RO/am

Cc:    Charles Jones
       Dan Schlademan

MACIEJGORAJ7-30-03



**LOCAL 1**
**SEIU**
**Stronger Together**

THOMAS BALANOFF
President

CHRIS ANDERSEN
Secretary-Treasurer

VICE PRESIDENTS
MARIA GRACIELA BARRERA
RODERICK S. BASHIR
AIRRINE M. CASTLE
NANCY E. CROSS
PETER J. HANRAHAN
DAN IVERSON
KAZIMIERZ LUPA
VINCE PESHA

PATRICIA ARROYO
Recording Secretary

SERVICE EMPLOYEES
INTERNATIONAL UNION
AFL-CIO, CLC

August 14, 2003

Maciej Goraj
5136 W. Agatite
Chicago, IL 60630

Dear Mr. Goraj:

As you requested of Richard Owsiany, Servicing Coordinator for the Union, the facts of your termination have been reviewed in light of the provisions of the collective bargaining agreement, accepted labor relations practices and the standards applied by arbitrators in cases where theft is alleged.

Based on that review, the Union has again determined that further efforts to obtain your reinstatement, either through voluntary agreement by the employer or the decision of an arbitrator, would not be successful.

The circumstances under which you obtained possession of the money from the ATM and the fact you took no steps to either turn in the money or report the incident, as well as your conflicting statements regarding your intentions, convinced the Union that an arbitrator would judge you intended to take and keep the money.

For these reasons the Union has determined not to re-open your grievance or to take any further action to have you reinstated.

Sincerely,

Dan Schlademan
Director
Commercial Division

DS/lmc

111 East Wacker Drive
Suite 2500
Chicago, IL 60601
312.240.1600
Fax: 312.233.8849

www.seiu1.org

*Service*MASTER.

ServiceMaster Management
Services Company
One ServiceMaster Way
Downers Grove, IL 60515-1700
630/271-1300
Fax: 630/271-5324

March 4, 2002

Mr. Maciej Goraj
5136 W. Agatite
Chicago, Illinois 60630

Dear Mr. Goraj:

This letter is in response to your Step II grievance filed at our office by your union
representative in early December 2001. On December 12, 2001 a meeting was held with
you, Mr. Charles Jones, Mr. Clifton Williams and Ms. Christine Stevenson your union
representatives for the purpose of discussing your original grievance. During this meeting
we thoroughly reviewed the circumstances surrounding your apparent change in work
responsibilities. We also talked about the office cleaning reduction that was associated
with this change and truly felt that the give and take surrounding this change did little to
harm you or increase your work effort. After our meeting I authored a separate letter to
your union representative, Mr. Charles Jones, defining our position on this issue,
recommending changes and requesting his understanding. We met last Friday, March
1, 2002 and agreed that we would discuss schedule changes in the future before
implementation. I truly hope you understand this reasoning and can accept our agreement.

Based on this agreement I must conclude that this Step II grievance is denied and I will
consider this case closed. Should you not agree and wish to pursue this matter further I
would encourage you to seek additional assistance and advice from your Local 1 union
steward.

Sincerely,

John Donnellan
Manager, People Services
ARAMARK ServiceMaster at Loyola

cc: Tony Malloy
   Local 1
   File

Maciej Goraj
P.O. BOX 30039
Chicago Il. 60630

### My disappointment

My name is Maciej Goraj. I filled grievance on August 08, 2001 with my Union Stuart Mr. Williams Clifton because of added workload. I haven't had second step yet. My Representative Mr. Charles Jones in not doing good job, he doesn't respect agreement. My manager is happy that he design extra job for me and Union is without any reaction-silent. I am very unhappy with the results. On Oct 31, 01 I called again Mr. Jones and his voice mailbox was full and was not accepted any calls.

Maciej Goraj

*Oct 31, 01*

Information for:
Mrs. Nancy Cross
Mr. Charles Jones
111 W. Jackson
Chicago Il. 60604
Fax: 321.322-3229

(312) 922 6113

(312) 321 3229

AUGUST 8.2001

TODAY .AN EMPLOYEE MACIEJ GORAJ .AND THE OPERATION MANAGER MR. TONY MALLOY HAD A MEETING ABOUT ADDING WORK TO MR.MACIEJ GORAJ WORK SCHEDULE .I CLIFTON TOLD MR. MALLOY THAT HE COUT NOT ADD ANY WORK THE EMPLOYEE SCHEDULE BUT TONY SAID HE WOOD ADD WORK TO HIS WORK LOAD . THIS WORK LOAD IS BEING ADD TO THE EMPLOYEE AERA IS NOT HOUSEKEEPING WORK .IT SI SERVICES ASSOCIATE WORK BESIDE ADDING THIS EXTRA WORK .IT IS AN UNREASONABLE WORK LOAD THIS IS A VIOLATION OF THE CONTRACT.ON SECTION 8 PAGE 1O .AND ALL REVELANT SECTIONS OF THE CONTRACT.THIS FORMAL GIREVANCE IS BEING FILED - INBEHALF OF .MR,MACIEJ GORAJ .

MR,MACIEJ GORAJ
PO.BOX 30039.CHICAGO,ILL6O63O
PH.773-685-5825

(312) 922 - 6113

**Equal Employment Opportunity Commission**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Maciej Goraj<br>5136 W. Agatite<br>Chicago, Illinois 60630<br><br>7001 1940 0003 8828 4980 | From: Chicago District Office<br>Equal Employment Opportunity Commission<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |

[   ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2004-00635 | Marie Holland, Investigator | (312) 353-1563 |

*(See the additional information attached to this form.)*

**YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:**

[   ]   The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[   ]   Respondent employs less than the required number of employees.

[   ]   Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[   ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[   ]   The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[   ]   The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ]   The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[   ]   Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

[ X ]   **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ X ]   **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. **If you decide to sue, you must sue WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[   ]   **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

*10-31-03*

On behalf of the Commission

*John P Rowe*

John P. Rowe, District Director

Enclosures
   Information Sheet
   Copy of Charge
cc: Respondent(s)   Sodexho Healthcare Services

EEOC Form 161 (Test 5/95)

DOC 7

**ILLINOIS DEPARTMENT OF**


# HUMAN
# RIGHTS

100 West Randolph Street
James R. Thompson Center, Suite 10-100
Chicago, Illinois 60601
312-814-6200
312-263-1579 (TDD)

**Rod R. Blagojevich, Governor**
**Rocco J. Claps, Director**

October 30, 2003

Intake Supervisor,
Equal Employment Opportunity Commission
500 West Madison, Room 28
Chicago, Illinois 60606

REF:   Complainant:  Maciej Goraj
          Control No:   04W1030-03

Dear  Intake staff Representative:

Pursuant to our current work sharing agreement, I am transmitting the attached inquiry to EEOC
for processing for the following reason:

(x)    The attached intake inquiry contains one or more issues that are not timely with IDHR but
          that are timely with EEOC.

([  ])    EEOC is to investigate all changes alleging retaliation for having filed an earlier charge
          with EEOC.

([  ])    The Respondent is not an employer under the Illinois Human Rights Act, but may be an
          employer under Title VII or the ADEA.

THEREFORE, THE DEPARTMENT OF HUMAN RIGHTS WILL NOT INVESTIGATE ANY
OF THE ISSUES IN THIS INQUIRY.  FOR FURTHER INVESTIGATION
**(Contact Intake Supervisor at EEOC) 312-353-2713**

Sincerely,

**Raquel C. Guerra**
**Program Administrator**
**Intake Division**
**312-814-6216**

**cc:  Maciej Goraj**

IN-12

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 210-2004-00635 |

**Illinois Department Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Maciej Goraj** | **(773) 685-5825** | **03-11-1950** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5136 W. Agatite, Chicago, IL 60630** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SODEXHO HEALTH CARE SERVICES** | **501 or more** | **(708) 216-3730** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2160 S. First Avenue, Maywood, IL 60513** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **01-24-2003** | **02-15-2003** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment at Respondent in 1992. I performed my job in a satisfactory manner throughout my employment. On January 24, 2003, I was suspended allegedly for theft. On February 15, 2003, I was discharged. I have never stolen anything and the manager, who is Black, refused to allow me an opportunity to defend myself against the false allegation.

I believe I was discriminated against on the basis of my age, 53 (d.o.b. 03-11-1950), in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe I was discriminated against on the basis of my race, non-Black, and national origin, Polish, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC                    RECEIVED EEOC

OCT 3 0 2003                     OCT 3 0 2003

CHICAGO DISTRICT OFFICE          CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Oct 30, 2003** *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

 MAGIS STAR 

Thank you for your STELLAR action exemplifying the
MAGIS values of Care, Concern, Respect and Cooperation!

Anthony L. Barbato, M.D.
President and Chief Executive Officer
Loyola University Health System
Loyola University Medical Center

☆ ☆ ☆ ☆ ☆

Briefly describe the STAR behavior demonstrated by:

_Maciej Goraj_     _Housekeeping_
(Employee name)     (Employee department)

_Mr Goraj went far beyond his expected
duties by forgoing his lunch break to
assist a Polish Speaking patient to
communicate non-medical issues to
the social worker._

Date: _10-14-02_     Time: _12:15 pm_

_Mary McGillicuddy LCSW_
☆ Star Gazer ☆